**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISON**

**CLERK'S MINUTES - GENERAL**

═══════════════════════════════════════════════════════════════

CASE NO. 8:06-M-1066MAP             DATE: February 10, 2006

TITLE: U.S.A.    V        JAIME JONES

TIME: 2:12p-2:17p

Honorable <u>MARK A. PIZZO, U.S. MAGISTRATE JUDGE</u>

Deputy Clerk: J.GORDON

Tape: Digital

Court Reporter: N/A

Interpreter: N/A

Attorney for the Government: Dennis Moore

Attorney for Defendant: Mark Rankin, AFPD

PROCEEDINGS: Initial Appearance (Rule 5(C)(2) Northern District of Georgia

Court to Order; Defendant was advised of rights and charges; Financial Affidavit submitted; Federal Public Defender appointed; The Government requested detention; Defendant reserved her right to a detention hearing and preliminary examination in the district of prosecution; Warrant of removal to be filed.

Court Recessed.